
RECEIVED
Clerk, U.S. Dist. Court
W. Dist. of N.C.

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,) | DOCKET NO. 3:99 CR 165-V-8 |
| ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| THURMAN MOBLEY, ) | |
|     Defendant. ) | |

This matter coming on to be heard before the undersigned United States District Court Judge finds that good cause exists for allowing the release of the defendant's Presentence Report.

**IT IS HEREBY ORDERED** that the defendant's Motion for Release of the Presentence Report is hereby granted. The United States Probation Office for the Western District of North Carolina Charlotte Division is **ORDERED** to provide counsel, Merritt Wagoner with a copy of the Presentence Report. Counsel is **ORDERED** to return the copy to the United States Probation Office Western District of North Carolina Charlotte Division upon completion of the Appellant brief and Joint Appendix. Counsel is further **ORDERED** not to use or divulge the contents of said report for any purpose other than preparing the Appellant Brief and Joint Appendix.

This the 7th day of July, 2005.

_____
Honorable United States District Court Judge